IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

DONALD WINNETT
ADC #139544                                                                        PLAINTIFF

v.                              No. 2:13-cv-47-DPM-BD

DeANGELO M. EARL, Major,
East Arkansas Regional Unit, ADC;
LORIE A. TAYLOR, Hearing Officer,
Arkansas Department of Correction                              DEFENDANTS

ORDER

Winnett has objected to Magistrate Judge Beth Deere's recommendation, № 8, that the Court dismiss his due process claims without prejudice. On *de novo* review, FED. R. CIV. P. 72(b)(3), the Court adopts Judge Deere's recommendation as its own opinion. Winnett agrees with Judge Deere's recommendation that the Court dismiss the official-capacity claims, and helpfully moves to clarify that he is suing Earl and Taylor in their individual capacities only. That motion, № 18-1, is granted. The case will go forward against Earl and Taylor individually on Winnett's retaliation claim.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

22 May 2013