# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**DONALD WINNETT**
**ADC #139544**                                                               **PLAINTIFF**

v.                            No. 2:13-cv-47-DPM-BD

**DeANGELO M. EARL, Major, East Arkansas**
**Regional Unit, ADC and LORIE A. TAYLOR,**
**Hearing Officer, ADC**                                                     **DEFENDANTS**

## ORDER

The Court has considered Magistrate Judge Beth Deere's recommendation, № 79, and Winnett's objections, № 80. On *de novo* review, FED. R. CIV. P. 72(b)(3), the Court adopts the recommendation. Winnett agrees with dismissal of his retaliation claim against Taylor. Winnett's retaliation claim against Taylor is dismissed without prejudice for failure to exhaust. № 80 at 1. Winnett's retaliation claim against Earl is dismissed with prejudice. Motion for summary judgment, № 72, granted.

So Ordered.

*/s/ DP Marshall Jr.*

D.P. Marshall Jr.
United States District Judge

14 January 2014