IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

DONALD WINNETT
ADC #139544     PLAINTIFF

v.     No. 2:13-cv-47-DPM

DeANGELO M. EARL, Major, East Arkansas
Regional Unit, ADC and LORIE A. TAYLOR,
Hearing Officer, ADC     DEFENDANTS

JUDGMENT

Winnett's official-capacity claims against Earl and Taylor, and his due-process claims against Earl and Taylor in their individual capacities, are dismissed without prejudice. His retaliation claim against Taylor is dismissed without prejudice; and his retaliation claim against Earl is dismissed with prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

14 January 2014